IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 2:12cr221-MHT |
| ) | (WO) |
| MARK EDWARD ELLIOTT ) | |

OPINION AND ORDER

This cause is now before the court on the question of whether defendant Mark Edward Elliott has the mental capacity to stand trial, that is, whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. See 18 U.S.C. § 4241(a). Based on evidence presented in open court on October 15, 2014, the court finds that he has the mental capacity to stand trial.

Elliott's counsel requested an examination to determine whether he was competent based in part on his repeated pro se filings in this case; head trauma he

reportedly suffered while incarcerated during the pendency of this case; reported lifelong history of drug abuse; and allegations that he committed sexual assault.  The court granted this request and ordered Elliott committed for psychological evaluation.

Randall Rattan, Ph.D., a licensed psychologist, and Chad Waxman, M.S., evaluated Elliott at the Federal Correctional Institution in Fort Worth, Texas.  <u>See</u> 18 U.S.C. § 4241(b). They concluded that Elliott was competent to stand trial.  Specifically, they found that his history of substance abuse and head trauma were "not a severe threat to competency." Psychological Evaluation submitted by Randall Rattan, Ph.D., and Chad Waxman, M.S., dated August 6,2014, at 5.  Although they found he exhibited "marked antisocial attitudes," this diagnosis does not create reasonable cause to believe that Elliott may not be competent.  <u>Id</u>. at 7. Furthermore, in open court on October 15, 2014, counsel

2

for both sides rested on this report and had nothing else to present on the issue.

Based upon the psychological evaluations and pursuant to 18 U.S.C. § 4241(a), the court concludes that Elliott is not currently suffering from a mental disease or defect such that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

\*\*\*

Accordingly, it is ORDERED that defendant Mark Edward Elliott is declared mentally competent to stand trial in this case.

DONE, this the 16th day of October, 2014.

                               /s/ Myron H. Thompson  
                               **UNITED STATES DISTRICT JUDGE**