IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12cr221-MHT |
| | ) | (WO) |
| MARK EDWARD ELLIOTT | ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

**WHEREAS**, in the forfeiture allegation of the superseding indictment and the bill of particulars in the above case, the United States sought forfeiture of specific property; and,

**WHEREAS**, defendant Mark Elliott consents to the forfeiture of specific property;

**IT IS HEREBY ORDERED THAT** the government's motion for an amended preliminary order of forfeiture (doc. no. 717) is granted as follows:

1. As a result of the guilty plea on Count 1 of the superseding indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense in violation of 21 U.S.C. § 846.

2. The Court has determined that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853; that the defendant has an interest in such property; and, that the United States has established the requisite nexus between such property and such offense:

    a. a 2005 XV1700 Yamaha motorcycle, vin: JYAVP14E15A010885; and,

    b. a .22 caliber firearm.

3. The real property located at 1601 Buttermilk Road, Lapine, Alabama is dismissed from this forfeiture action.

4. The United States is ordered to remove any documents posted to the real property and file a Release of Lis Pendens with the Judge of Probate Montgomery County, Alabama, releasing the previously filed Lis Pendens against the real property located at 1601 Buttermilk Road, Lapine, Alabama.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a certified copy of this Amended Order to the United States Attorney's Office.

DONE, this the 27th day of October, 2014.

      /s/ Myron H. Thompson\_\_\_
UNITED STATES DISTRICT JUDGE