IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:12cr221-MHT
                              )           (WO)
MARK EDWARD ELLIOTT           )
```

ORDER

It is ORDERED that defendant Mark Edward Elliott's motion for compassionate release (Doc. 944 and Doc. 946) is denied.  The motion is moot because the pandemic is over and the Federal Bureau of Prisons website shows that he is no longer being held at the Yazoo City federal prison, *see* Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited April 19, 2026).  In addition, the court found that the 18 U.S.C. § 3553(a) factors weighed against a sentence reduction.

DONE, this the 21st day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE